**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David P. Honan, in his capacity as Cottonwood County Attorney and in his individual capacity,**

**Plaintiff,**

v.

**County of Cottonwood, Minnesota; Marvin Einertsen, Former Commissioner; Kenneth Elg, Commissioner; Wendy Meyer, Former Commissioner; Marlow Nelson, Commissioner; John Oeltjenbruns, Commissioner; Cottonwood County Board of Commissioners, 2001-2003 Term; Brian T. Pierce; Scott T. Anderson; and Ratwick, Roszak & Malone, P.A.,**

**Civil No. 01-2238 ADM/SRN**

**ORDER**

---

The above-entitled matter came before the undersigned United States Magistrate Judge on the County Defendants' motion to stay discovery pending the Court's decision on Defendants' motions pursuant to *Harlow v. Fitzgerald,* 457 U.S. 800 (1982) and pursuant to other purely legal theories.

Based on the foregoing and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

The County Defendants' motion to stay discovery is denied.

Dated: May 21, 2002.

Susan Richard Nelson
United States Magistrate Judge

FILED MAY 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK