**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**David P. Honan, in his capacity as Cottonwood County Attorney and in his individual capacity,**

**Civil No. 01-2238 JEL/JGL**

**Plaintiffs,**

v.

**County of Cottonwood, Minnesota; Former Commissioner Marvin Einertsen (individual and then-official capacities); Commissioner Kenneth Elg (official/individual capacities); Former Commissioner Wendy Meyer (then-official/individual capacities); Commissioner Marlow Nelsen (official/ individual capacities); Commissioner John Oeltjenbruns (official/individual capacities); 2001-2003 Term Cottonwood County Board of Commissioners, the entity and: Commissioners Elg, Oeltjenbruns, and Nelsen (official/individual capacities); Brian T. Pierce (an individual), Scott T. Anderson, an individual, and his firm Ratwik, Roszak & Maloney, P.A.**

**STIPULATION AND ORDER FOR SECOND AMENDED COMPLAINT**

---

**WHEREAS**, Plaintiffs have proposed the attached Second Amended Complaint; and

**WHEREAS**, the parties have, through their undersigned counsel, agreed that this Second Amended Complaint may be filed and be the Complaint of the case; and

**WHEREAS**, Defendants Pierce, and Anderson and Ratwik, Roszak and Maloney will be deemed, by virtue of their answer to the First Amended Complaint, to have answered this Second Amended Complaint; and

**WHEREAS**, the parties agree that the caption in this case should be amended to correct a spelling error, to state "Ratwik" in the final line;

**NOW THEREFORE**, the parties stipulate to the attached **Second Amended Complaint** and the same is hereby served and filed, and the caption shall state "Ratwik" in the final line.

FILED JUL 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**So stipulated:**

**Dated:**

**Jill Clark, Esq., #196988**
**Jill Clark, P.A.**
**2005 Aquila Avenue North**
**Golden Valley, MN 55427**
**763/47-9102**
**Wayne J. Rice, Esq., #227110**
**The Law Office of Wayne J. Rice, P.A.**
**2124 Dupont Avenue South**
**Minneapolis, MN 55405**
**612/874-1625**

**ATTORNEYS FOR PLAINTIFFS**

Dated: June 27, 2002

IVERSON REUVERS, LLC

By: ______________________
Jon Iverson, Esq., #146389
Jason Kuboushek, Esq., #304037
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
952/548-7200

ATTORNEYS FOR DEFENDANT BRIAN T. PIERCE

Dated: 6-24-02

FELHABER, LARSON, FENLON & VOGT, P.A.

By: [signature]

Richard A. Beens, #6105
Eric J. Riensche, #309126
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402-4302
612/339-6321

ATTORNEYS FOR DEFENDANTS COUNTY OF COTTONWOOD, 2001-03 BOARD OF COMMISSIONERS, AND INDIVIDUAL COMMISSIONERS

**Dated:** 6/19/02

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

**By:** ______________________
**Charles Lundberg, Esq. #6502X**
**Lewis A. Remele, Esq. #90724**
**33 South Sixth Street, Suite 3550**
**Minneapolis, MN 55402**
**612/333-3000**

**ATTORNEYS FOR SCOTT ANDERSON, ATTORNEY AT LAW AND HIS LAW FIRM RATWIK, ROSZAK & MALONEY, P.A.**

***

Upon the stipulation signed by counsel in this matter, it is ordered that:

1. The Second Amended Complaint attached to the Stipulation and Order for Second Amended Complaint is hereby the Complaint of the case, and it is deemed filed; and

2. The Clerk of Court is ordered to change the caption in this case to read "Ratwik" in the final line.

**IT IS SO ORDERED**:

______________________
Jonathan G. Lebedoff
UNITED STATES MAGISTRATE JUDGE

July 2, 2002
______________________
Date