# *United States District Court*
# *District of Minnesota*
### *Fourth Division - Minneapolis*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-2238 JNE/JGL
Title of Action: Honan v County of Cottonwood, et al

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by County of Cottonwood, MN; Marvin Einertsen; Kenneth Elg; Wendy Meyer; Marlow Nelson; John Oeltjenbruns; and Cottonwood County Board of Commissioners' in the above entitled action on 5/10/04.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: May 13, 2004 RICHARD D. SLETTEN, CLERK

By s/Heather Labat
Heather Labat, Deputy Clerk