01-2238 JNE/JGL

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 03-2044

David P. Honan, in his capacity as Cottonwood County Attorney and in his individual capacity,

Appellant,

v.

County of Cottonwood, Minnesota; Marvin Einertsen, Former Commissioner, in his individual and then-official capacities; Kenneth Elg, Commissioner, in his individual and official capacities; Wendy Meyer, Former Commissioner, in her individual and then-official capacities; Marlow Nelsen, Commissioner, in his individual and official capacities; John Oeltjenbruns, Commissioner, in his individual and official capacities; Cottonwood County Board of Commissioners 2001-2003 Term; Brian T. Pierce, an individual; Scott T. Anderson, an individual; Ratwik, Roszak & Maloney, P.A.,

Appellees.

Appeal from the United States District Court for the District of Minnesota.

[UNPUBLISHED]

SCANNED
MAY 20 2004
U.S. DISTRICT COURT MPLS

---

Submitted: February 13, 2004

Filed: April 26, 2004

---

Before MELLOY, MCMILLIAN, and COLLOTON, Circuit Judges.

---

PER CURIAM.

David Honan ran for county attorney of Cottonwood County, Minnesota, during the fall of 1998. His platform urged a more open and accountable county government, reform of the county's family services agency, and an overhaul of the county attorney's office. Honan won the election, and was sworn in as county attorney in January 1999. After the election, but prior to Honan taking office, the county board reduced the salary of the county attorney and eliminated a rent subsidy that had been part of the office's budget during the term of Honan's predecessor. Honan believed that these actions were taken in retaliation for statements he made during his campaign. During the year after Honan was sworn in, there were personnel problems in the county attorney's office. These problems prompted investigations, which Honan also believed were retaliatory.

Honan brought suit against the county board and its members, along with others involved in the various events that he believed violated his rights. He alleged that he was retaliated against for exercising his constitutional rights to freedom of speech and association, and to petition the government. Honan claimed that his rights to equal protection and due process, and his constitutional right "to pursue the career for which he was trained," were violated. He further alleged that appellees conspired against him in an attempt to prevent him from taking, holding, and discharging the duties of his office, in violation of 42 U.S.C. § 1985(1). Honan included several state

law claims over which the district court[1] exercised supplemental jurisdiction. The district court granted appellees' motions to dismiss Honan's federal claims, which the district court treated as motions for judgment on the pleadings, see Fed. R. Civ. P. 12(c), and dismissed the state law claims without prejudice, see 28 U.S.C. § 1367(c). Honan timely appealed.

After carefully reviewing the record de novo, see Burton v. Richmond, 276 F.3d 973, 975 (8th Cir. 2002) (standard of review), we conclude that the district court properly dismissed Honan's action. The issues are thoroughly discussed in the district court's 24-page order. Having nothing to add, we summarily affirm. See 8th Cir. R. 47B.

---

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
BY U.S. MAIL
2004 MAY 20 AM 9:42
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 17, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-2044 David P. Honan vs. County of Cottonwood

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

paw

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Jill Clark
Richard Albert Beens
Eric J. Riensche
Jon Kermit Iverson
Lewis A. Remele Jr.
Charles Edward Lundberg

District Court/Agency Case Number(s): CIV 01-2238 JEL/JGL