01-2238 JNE/JGL

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 03-2044

---

| | | |
|---|---|---|
| David P. Honan, in his capacity as Cottonwood County Attorney and in his individual capacity, | * | |
| Appellant, | * | |
| v. | * | |
| County of Cottonwood, Minnesota; Marvin Einertsen, Former Commissioner, in his individual and then-official capacities; Kenneth Elg, Commissioner, in his individual and official capacities; Wendy Meyer, Former Commissioner, in her individual and then-official capacities; Marlow Nelsen, Commissioner, in his individual and official capacities; John Oeltjenbruns, Commissioner, in his individual and official capacities; Cottonwood County Board of Commissioners 2001-2003 Term; Brian T. Pierce, an individual; Scott T. Anderson, an individual; Ratwik, Roszak & Maloney, P.A., | * | Appeal from the United States District Court for the District of Minnesota. |
| Appellees. | * | |

SCANNED
MAY 20 2004
U.S. DISTRICT COURT MPLS

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

April 26, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans