**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David P. Honan,

Plaintiff, Civil No. 01-2238 (JNE/JGL)

v.

County of Cottonwood, Minnesota; Marvin Einerstien, Former Commissioner; Kenneth Elg, Commissioner; Wendy Meyer, Former Commissioner; Marlow Nelson, Commissioner; John Oeltjenbruns, Commissioner; Scott T. Anderson; and Ratwick, Roszak & Malone, P.A.,

Defendants.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $114.54 | $114.54 |
| TOTAL: | $114.54 | $114.54 |

Costs, therefore, are taxed in the sum of One Hundred Fourteen and 54/100 Dollars ($114.54) in favor of Defendants County of Cottonwood, Minnesota, Marvin Einerstien, Kenneth Elg, Wendy Meyer, Marlow Nelson, John Oeltjenbruns, and against Plaintiff David P. Honan and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of June 25, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk