**TAXATION OF COSTS SUMMARY**

Civil No. 01-2238 (JNE/JGL)

David P. Honan,

v.

County of Cottonwood, Minnesota; Marvin Einerstien, Former Commissioner; Kenneth Elg, Commissioner; Wendy Meyer, Former Commissioner; Marlow Nelson, Commissioner; John Oeltjenbruns, Commissioner; Scott T. Anderson; and Ratwick, Roszak & Malone, P.A.

---

I. Fees of the Court Reporter

| | | | |
|---|---|---|---|
| Claimed | $114.54 | Allowed | $114.54 |

**TOTAL ALLOWED: $114.54**

Dated: June 25, 2004